**United States Bankruptcy Court**
**Southern District of New York**

**IN RE:**                                                                                   Case No. _____

**Tucci Equipment Rental Corp.**_____   Chapter **11**_____
                                           Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $ **300.00/hr**

   Prior to the filing of this statement I have received ......................................................... $ **10,000.00**

   Balance Due ................................................................................................ $ _____

2. The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 10, 2013**                          */s/ Robert S. Lewis*
_____                          _____
      Date                                **Robert S. Lewis 2089332**
                                          **Robert S. Lewis, P.C.**
                                          **53 Burd St.**
                                          **Nyack, NY  10960**

                                          **robert.lewlaw1@gmail.com**

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Southern District of New York**

| IN RE: | Case No. _____ |
|---|---|
| **Tucci Equipment Rental Corp.** | Chapter **11** |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Capital One, National Association** C/O Lazer, Aptheker, Rosella & Yedid, PC 225 Old Country Road Mellville, NY 11747-2712 | | | | 1,000,000.00 Collateral: 0.00 Unsecured: 1,000,000.00 |
| **First National Insurance Company Of Amer (Liberty Mutual)** 1200 Macarthur Blvd Mahwah, NJ 07430 | | | Subject to Setoff | 300,000.00 |
| **Internal Revenue Service** 242 West NYack Rd. West Nyack, NY 10994 | | | | 293,000.00 |
| **Laborers Local Union 1010 & 1018 Trustees Of Pavers And Roadbuilders** 136-25 37th Avenue, Suite 500 Flushing, NY 11354 | | | | 271,141.98 |
| **Capital One, National Association** C/O Lazer, Aptheker, Rosella & Yedid, PC 225 Old Country Road Mellville, NY 11747-2712 | | | | 225,000.00 |
| **Arch Speciality Insurance Company** C/O Howard M. Jaslow 1065 Avenue Of The Americas New York, NY 10018 | | | | 139,000.00 |
| **Alpha Environmental** 11 Ackerman Avenue Emerson, NJ 07630 | (201) 420-0600 | | | 110,000.00 |
| **Parmount Plumbing** 315 Jackson Avenue Bronx, NY 10454 | | | | 60,000.00 |
| **American Express** PO BOX 1270 Newark, NJ 07101 | | | | 48,000.00 |
| **R. G. Anderson Surety Bonds** Member National Surety Bond Producers 707 Philadelphia Pike Wilmington, DE 19809 | | | | 37,655.00 |
| **Con Edison** PO BOX 138 New York, NY 10276-1038 | | | | 30,000.00 |
| **Entech Engineering** C/O John LoPresti Jr. 2141 Richmond Road Staten Island, NY 10306 | | | | 27,335.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **Kelco Construction**<br>40 Austin Boulevard<br>Commack, NY  11725 | **21,950.47** |
| **Astri Construction Company**<br>5 Elysie Drive<br>Ramapo, NY  10931 | **16,000.00** |
| **Advanced Engineering**<br>83 Utica Avenue<br>Brooklyn, NY  11213 | **14,615.00** |
| **Universal Play Equipment**<br>1 Madison Avenue<br>Larchmont, NY  10538 | **6,447.50** |
| **CoActiv Capital Partners LLC**<br>655 Business Drive, Suite 250<br>Horsham, PA  19044 | **5,566.86**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**5,566.86** |
| **Havover Insurance Company**<br>**Bond Claims**<br>**PO BOX 15141**<br>**Worcheser, MA  01615-2564** | **5,566.86** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **July 10, 2013**        Signature:  */s/ Anthony Martucci*

**Anthony Martucci, President**
(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only