UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF New York

In re __Anthony Martucci___    Case No. __13-12094__
       Debtor                  Reporting Period: __December 2013__

                               Social Security # __4889__
                               (last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____/s/_____    Date 2/14/14

Signature of Joint Debtor _____    Date _____

FORM MOR (INDV)
2/2008
PAGE 1 OF 1

Report: Profit & Loss  file:///C:/Users/Sharon/AppData/Local/Microsoft/Windows/INetCache...

13-12094-reg    Doc 76    Filed 02/18/14    Entered 02/18/14 17:30:44    Main Document
Pg 2 of 4

## Tucci`s Nails Spa
## Profit & Loss
### December 2013

|  | Total |
|---|---:|
| **Income** | |
|   Gross Receipts | 5,840.00 |
|   Personal Reimbersment | -63.00 |
|   Sales | 45,241.90 |
| **Total Income** | **$51,018.90** |
| **Gross Profit** | **$51,018.90** |
| **Expenses** | |
|   Advertising | 945.44 |
|   Auto | 52.71 |
|   Bank Charges | 868.85 |
|   Commissions & fees | 35.00 |
|   Insurance | 29.99 |
|   Meals and Entertainment | 1,070.95 |
|   Office Expenses | 1,029.36 |
|   Other General and Admin Expenses | 901.33 |
|   Payroll | 30,832.22 |
|   Rent or Lease | 4,815.00 |
|   Repair & Maintenance | 290.00 |
|   Shipping and delivery expense | 80.84 |
|   Supplies | 1,679.03 |
|   Travel | 1,361.49 |
|     Fuel | 61.22 |
|   Total Travel | **1,422.71** |
|   Uncategorized Expense | 2,427.54 |
|   Utilities | 486.90 |
| **Total Expenses** | **$46,967.87** |
| **Net Operating Income** | **$4,051.03** |
| **Net Income** | **$4,051.03** |

Saturday, Feb 15, 2014 04:23:48 PM PST GMT-5 - Accrual Basis

This report was created using QuickBooks Online Simple Start.



**HUDSON VALLEY BANK**
21 Scarsdale Road | Yonkers, NY 10707

914-961-6100
www.hudsonvalleybank.com

865          9

ANTHONY MARTUCCI
336 BARRETTO ST
BRONX NY 10474

**STATEMENT DATE: 12-31-13**

**BASIC CHECKING**                                                     Accoun

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | 11-30-13 | $8.00 |
| +Deposits/Credits | | $0.00 |
| -Checks/Debits/Fees | | $0.00 |
| -Service Charge/Stop Fees | | $3.00 |
| Current Balance | | $5.00 |
| Days in Statement Period | | 31 |

### TRANSACTION DETAIL

| DATE | ACTIVITY DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 12-31 | Monthly Maint Svc Chg | $3.00 | |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11-30 | $8.00 | 12-31 | $5.00 | | |

### OVERDRAFT SUMMARY

| | This Period | Year-to-Date |
|---|---|---|
| Total returned item fees | $0.00 | $0.00 |
| Total overdraft fees | $0.00 | $0.00 |

## CHECKING ACCOUNT STATEMENT RECONCILIATION

| HOW TO BALANCE YOUR CHECKING STATEMENT | |
|---|---|
| 1. Add to your check register any interest earned shown on this statement. | |
| 2. Subtract from your check register any service charges shown on this statement that you have not already recorded. | |
| 3. Enter ending balance from the front of Statement. | $ |
| 4. Enter deposits or other credits recorded in your register but not shown on this statement. | $ |
|  | $ |
| 5. Add the total of items 3 and 4 above. | $ |
| 6. Enter the total of checks, withdrawals, service fees (if any), and automatic payments entered in your check register but not shown on this or previous statements. | $ |
| 7. Subtract item 6 and item 5 above. This should be the balance shown in your checkbook register. | $ |

| Outstanding Checks or Withdrawals Not Yet Charged to Account | |
|---|---|
| Check No. | Check Amount |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| ← Total |  |

**If your account does not balance**
If this balance does not agree with the balance in your checkbook register:
- Make sure all amounts recorded for checks and other payments are correct.
- Make sure the amounts recorded for deposits are correct.
- Make sure you have deducted all checks from your balance.
- Make sure you have deducted all charges from your balance.
- Check for errors in addition or subtraction.

If you need additional help balancing your account, please contact a customer service representative at the office nearest you.

**PLEASE PROMPTLY EXAMINE YOUR STATEMENT**
If you determine that an item contains an alteration, forgery, unauthorized signature, unauthorized transaction or any other posting error, you must notify us promptly. We must hear from you no later than sixty (60) days from the date we sent or made available the statement to you. If you fail to satisfy this requirement, (1) you cannot assert against the bank a claim for any of these disputed transactions, and (2) you cannot assert a claim against the bank for any item initiated by the same wrongdoer paid by us after the period of time mentioned above expires, but before you notify us. After sixty (60) calendar days, you cannot assert any claim against the bank, regardless to whether we exercised ordinary care and the loss for any forgery, alteration or unauthorized transaction will be entirely yours.

**IMPORTANT INFORMATION REGARDING BASIC BANKING ACCOUNTS**
The maximum number of withdrawal transactions (checks, as well as Hudson Valley Bank ATM/DEBIT Card and Automated Clearing House payment transactions) permitted on BASIC BANKING Accounts without the imposition of additional fees during each monthly statement cycle is eight (8). An additional fee will be assessed for each withdrawal transaction in excess of eight (8), which will be deducted from your account on the date that your statement is cycled. Refer to the Personal Fee Schedule and Schedule of Additional Fees for all associated fees. A withdrawal shall be deemed to be made when recorded on the books of Hudson Valley Bank which is not necessarily the date you initiated the transaction.

**WITHDRAWALS AT ATMS NOT OPERATED BY HUDSON VALLEY BANK**
If you use the ATM/Debit Card supplied with your BASIC BANKING ACCOUNT to make withdrawals at an ATM not operated by Hudson Valley Bank, a fee will be charged for each withdrawal. In addition, there will be a charge for each POS/Debit transaction. Refer to the Personal Fee Schedule and Schedule of Additional Fees for all associated fees.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write us (the telephone number and address are shown on the front page of this statement) as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days from the date we sent or made available the statement to you on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error; so that you will have use of the money during the time it takes us to complete our investigation.

**VERIFICATION OF PRE-AUTHORIZED TRANSFERS**
If you have arranged to have direct deposits made to your account at least once every sixty (60) days from the same person or company, you can call us at the number listed on the front page of this statement to find out if the deposit has been made.



Member
FDIC

